

# UNITED STATES DISTRICT COURT

**NORTHERN DISTRICT OF CALIFORNIA**
**PROBATION OFFICE**

YADOR J. HARRELL
*CHIEF U.S. PROBATION OFFICER*

Please reply to:
1301 Clay Street
Oakland, CA 94612-5208
TEL: (510) 637-3600
FAX: (510) 637-3625

450 Golden Gate Avenue
Suite 17-6884 ; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

March 17, 2009

Jeffrey S. White
United States District Judge
San Francisco, CA

Re:  Viana A. Cesar
     Docket No.: CR CR 3:07-00023-01 JSW
     TRAVEL REQUEST

Your Honor:

On April 10, 2003, the offender was sentenced by United States District Judge Shira A. Scheindlin in the Southern District of New York for a violation of the following: Count One: Conspiracy to Commit Wire Fraud, 18 U.S.C. § 371, a Class D felony; and Counts Two, Four, Five, Ten, and Eleven: Wire Fraud, 18 U.S.C. § 1343, Class D felonies. The following special conditions of supervision were ordered: Special assessments $600; restitution $1,222,494; access to financial information; no new lines of credit or debt; not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons. Supervision commenced on May 6, 2005 in the Northern District of California. On January 5, 2007, jurisdiction was transferred to the Northern District of California.

The offender has requested to travel to travel to Lima, Peru, and Santiago, Chile, for a period of 12 days at the end of April through the beginning of May 2009. He would like to visit his wife's family in these cities. The Peruvian Consulate and Chilean Consulate have no restrictions on the offender traveling there. Contact was made with SAUSA Daryl Eremin, who has no objections to the proposed travel.

The undersigned recommends that travel be approved.

Respectfully submitted,                      Reviewed by:

Nicole M. Fairchild                          Marlana R. Peter
U.S. Probation Officer                       Supervisory U.S. Probation Officer

NDC-SUPV-049 11/14/05

Viana A. Cesar                                                                      Page 2
CR CR 3:07-00023-01 JSW

Travel is:
☑ Approved
☐ Denied

Date _____MAR 3 0 2009_____        _____
                                      Jeffrey S. White
                                      United States District Judge